Robert Woods
plaintiff

V.

County of West[chester]
Defendant

> Application denied. This action is subject to Local Civil Rule 33.2. (Doc. 9). That rule provides, among other things, that in certain suits brought by incarcerated plaintiffs, "requests . . . shall be answered within 120 days of service of the complaint on any named defendant except . . . if a dispositive motion is pending." Local Civil Rule 33.2(d). Defendants filed a motion to dismiss on September 9, 2024. (Doc. 18). Thus, Defendants need not respond to Plaintiff's discovery requests while their motion to dismiss is pending. See *Pagan v. Corr. Med. Servs.*, No. 11-CV-01357, 2012 WL 2036041, at *9 (S.D.N.Y. June 6, 2012).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 23, 2025

## Pro Se Motion for Discovery

Now into Court comes, Robert Woods, the plaintiff, by and through pro se representation and respectfully moves this honorable Court to order the defendants to provide all evidence in their care and custody to the Court as stipulated to the facts of the incident, in plaintiff's affidavit. The evidence should include:

1) Plaintiff, Defendant and Supervisor's statements
2) Incident report
3) Medical records and Doctor/nurse statement
4) Copy of the transcript of the 50h hearing/deposition with Alida (The assistant attorney for Westchester County)
5) The video of the incident

Wherefore, the plaintiff, Robert Woods, respectfully request this court to enter an order directing the defendants to provide all evidence stated and unstated in this motion of this incident to the plaintiff and the Court for evidence and review, and any other relief the Court deems necessary.

## Certificate of Service

Under penalties of perjury, the undersigned, hereby certify that he served the pro se motion for Discovery by depositing a copy thereof into a U.S. Post Office mailbox in F.C.I Hazelton, Bruceton mills, West Virginia, in an envelope, postage fully prepaid, addressed to:

    Woods V. Westchester County, et al. 23-cv-10884
    Clerk of the Court
    Southern District of New York
    300 Quarropas street
    White Plains, N.Y, 10601

On the 16th day of January, 2025 at or about 8:00pm.

                    Respectfully Submitted,

                    Rob+ Woods

                    Robert Woods, pro se

Robert Woods (19824-509)
F.C.I Hazelton
P.O. Box 5000
Bruceton mills, W.V, 26525

RECEIVED JAN 21 2025 U.S.D.C. W.P.

Westchester County, NY
Westchester DOC
10 Woods Road
Valhalla, NY 10595

Physical Therapy Progress Note

**wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ROBERT WOODS | 259946 | 2020001753 | 4/3/1988 | 10/20/2022 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-01-2020 | Allergy Items | No Known Allergies | |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-17-2022 | Acute | Musculoskeletal | Pain in right hand | hospital |
| 02-10-2022 | Chronic | GI | Alcoholic fatty liver | hospital |
| 03-16-2021 | Chronic | Metabolic | Other hyperlipidemia | hospital |
| 12-01-2020 | Chronic | Resp | Unspecified asthma, uncomplicated | Riny Mathai |
| 12-01-2020 | Chronic | Circulatory | Essential (primary) hypertension | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Albuterol Sulfate HFA 90 mcg/Actuation Aerosol Inhaler | 2.00 HFA Aerosol Inhaler | Westchester Facility: QID 8AM,1PM,5PM,and 8PM | 8/21/2022 8:00:00 PM | 10/20/2022 7:59:00 PM |
| (Wound Care) Vitals: B/P & HR | 1.00 misc | Westchester Facility: Q Thursday AM | 10/13/2022 11:00:00 AM | 1/5/2023 10:59:00 AM |
| amlodipine 10 mg tablet | 1.00 tablet | Westchester Facility: 08:00 AM | 10/18/2022 8:00:00 AM | 10/25/2022 7:59:00 AM |
| Albuterol Sulfate HFA 90 mcg/Actuation Aerosol Inhaler | 2.00 HFA Aerosol Inhaler | Westchester Facility: QID 8AM,1PM,5PM,and 8PM | 10/20/2022 8:00:00 PM | 12/19/2022 7:59:00 PM |
| amlodipine 10 mg tablet | 1.00 tablet | Westchester Facility: 08:00 AM | 10/25/2022 8:00:00 AM | 11/1/2022 7:59:00 AM |

☐ Vital Signs Taken

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Notes / History:   ○ Free Text  ○ SOAPE

Added 10/20/2022 12:53 PM EST by korourke Provider

S - Waking up with stiffness / pain / middle of my hand

O - 3rd MC / digit - ( hand slammed in door ) review Consulting Physicians Report / WMC / 9,17,22 in chart - pt ed for HEP -> thermals ( warm, RICE, start and end with ), manual -> grade 1 a/p to injured MC, longitudinal traction grade 1, therapeutic Fist and Fan with appliance

Westchester County, NY
Westchester DOC
10 Woods Road
Valhalla, NY10595

**Physical Therapy Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ROBERT WOODS | 259946 | 2020001753 | 4/3/1988 | 10/20/2022 |

Patient Allergies:
pt ed for HEP -> thermals ( warm, RICE , start and end with ) , manual - > grade 1 a/p to injured MC, longitudinal traction grade 1, therapeutic Fist and Fan with appliance ———————————————
———

warm bath to begin , appliance based F + F , end with a chill thermal ——————————————

A - palpation of 3rd MC midway between head and base, reveals tender / painful 9/10 focal area and prominent bony abnormality ---- suspect healing fx possibly missed due to early contusion obfuscation -

P - HEP at therapeutic levels - > daily ----    KORourke PT

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

E-Signed by Kevin O'Rourke, Provider on 10/20/2022 12:53 PM EST

Page 2 of 2

PITTSBURGH PA 150
17 JAN 2025 PM 5 L



RECEIVED
JAN 21 2025
U.S.D.C.

Robert Woods (19824-509)
F.C.I Hazelton
P.O. Box 5000
Bruceton mills, W.V, 26525

Woods V. Westchester County, et al. 23-CV-10884
Clerk of the Court
Southern District of New York
300 Quarropas Street
White Plains N.Y, 10601

10601-414000