**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT WOODS,

                    Plaintiff,

  -against-                                    23 **CIVIL** 10884 (PMH)

## JUDGMENT

WESTCHESTER COUNTY, et al.,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 12, 2025, Defendants' motion to dismiss is granted.

       The Court dismisses the amended complaint for failure to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York
       June 12, 2025

                                            **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                  **BY:**
                                              **Deputy Clerk**